IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHESAPEAKE ENERGY CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-CV-934-J |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant, the United States of America, requests that the Court enter summary judgment for the United States and against Plaintiff, Chesapeake Energy Corporation, on Count I of Chesapeake's complaint. The Government further requests that the Court enter a judgment awarding Plaintiff nothing on its Count I claim for a refund of $12,644,769 in interest. The Court should enter summary judgment for the United States on Count I because no genuine disputes of material fact exist and the United States is entitled to judgment as a matter of law.

In support of this motion, the United States submits the accompanying brief and the exhibits attached thereto.

Date: April 8, 2022

                                              ROBERT J. TROESTER
                                              United States Attorney

                                              DAVID A. HUBBERT
                                              Deputy Assistant Attorney General
                                              Tax Division

/s/ Gregory E. Van Hoey
GREGORY E. VAN HOEY
Maryland Bar
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
202-307-6391 (tel.)
202-514-6770 (fax)
gregory.van.hoey@usdoj.gov