UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

William J. Holloway, Jr. United States Courthouse
200 N.W. Fourth Street, Oklahoma City, Oklahoma
Courtroom 303

CIVIL TRIAL DOCKET BEFORE
U.S. DISTRICT JUDGE BERNARD M. JONES
For
JUNE 2022

NOTICE TO COUNSEL:

*Docket Call*.  All parties are directed to appear by counsel for docket call on **June 6, 2022, at 11:00 a.m.**  The sequence of trials for both criminal and civil cases will be determined at that time.  Unless excused in advance, lead trial counsel should attend.  Parties should be prepared to discuss scheduling and any pending motions.

*Pretrial Filings*. All pretrial filing shall be filed in accordance with the most recent scheduling order entered in the case. In addition, the parties shall submit their requested voir dire and proposed jury instructions in Word format via email to jones-orders@okwd.uscourts.gov.

*Trial Setting*.  Each case listed below is hereby set for trial in **June 2022**.  Specific trial settings will be discussed at Docket Call.

*Trial Documents*.  Immediately prior to the beginning of trial, each party shall submit to the Courtroom Deputy three sets of the party's (a) list of witnesses, (b) list of exhibits, and (c) exhibit notebooks.  The exhibit notebooks shall consist of three-ring binders with a cover sheet reflecting the case number and sponsoring party.  Exhibits shall be marked numerically as set forth in the exhibit list and separated by tabs.  Two sets will be used by Judge Jones and his law clerk.  The primary "record" set shall be maintained by the Courtroom Deputy throughout the trial.  The exhibits in the record set (which should include any original documents and be labeled with original document stickers) will be placed before testifying witnesses and submitted to the jury after removing documents not admitted into evidence.

| Case No. | Style | Counsel |
|---|---|---|
| CIV-20-934-J | Chesapeake Energy Corporation | Reagan E. Bradford |
| | | Ryan K. Wilson |
| | v. | Richard A. Husseini |
| | United States of America | Gregory E. Van Hoey |